UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI

---

DIRECTV, Inc., a California corporation,

               Plaintiff,

v.

MATT OMELL and GARY STACK, Individually, and as officers, directors, shareholders and/or principals of SHOOTER'S 141 LLC d/b/a SHOOTERS 141 a/k/a SHOOTERS 141 BAR & GRILL, and SHOOTER'S 141 LLC d/b/a SHOOTERS 141 a/k/a SHOOTERS 141 BAR & GRILL,

               Defendant.

**CONSENT ORDER & JUDGMENT**

Civil Action No. 4-08-CV-12-HEA

---

      Plaintiff, DIRECTV, INC., by their attorneys LONSTEIN LAW OFFICE, P.C., Julie Cohen Lonstein, of counsel and Defendants, Matt Omell and Shooter's 141, LLC, by their attorney, Richard S. Bender Esq., hereby agree to the entry of judgment in favor of Plaintiff and against said Defendants, jointly and severally for the sum of FIFTEEN THOUSAND ($15,000.00) DOLLARS for Defendant's alleged unauthorized showing of the 2007 NFL SUNDAY TICKET within the commercial location known as SHOOTER'S 141 at 108 Meramec Valley Plaza, Valley Park, MO allegedly in violation of **47 U.S.C. §605** and **18 U.S.C. §2511**.

| | |
|---|---|
| DIRECTV, INC. | MATT OMELL |
| | SHOOTER'S 141 LLC |
| /s/  Julie Cohen Lonstein | /s/  Richard S. Bender |
| Julie Cohen Lonstein, Esq. | Richard S. Bender, Esq. |
| LONSTEIN LAW OFFICE, P.C. | Rosenblum, Goldenhersh, Silverstein & Zafft, P.C. |
| Attorneys for plaintiff | Attorney for Defendants Matt Omell & Shooter's 141 LLC |
| 1 Terrace Hill : P.O. Box 351 | 7733 Forsyth Blvd., 4th Floor |
| Ellenville, New York  12428 | Saint Louis, MO 63105 |
| Tel: (845) 647-8500 | Tel: 314)726-6868 |
| *julie@signallaw.com* | *rsb@rgsz.com,kmt@rgsz.com,dgb@rgsz.com* |

SO ORDERED this 20th day of November, 2008.

_____
HON. HENRY E. AUTREY
UNITED STATES DISTRICT JUDGE